**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sandra J. Prinder a/k/a Sandra J. Harrie<br>　　　　Rand J. Prinder a/k/a Randy Prinder | CHAPTER 13 |
| 　　　　　　　Debtor(s) | BKY. NO. 21-13124 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR7 and index same on the master mailing list.

                           Respectfully submitted,

                       /s/ *Rebecca Solarz*
                       Rebecca Solarz
                       10 Dec 2021, 12:17:57, EST

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322