Certificate Number: 03088-PAE-DE-036206356

Bankruptcy Case Number: 21-13124



03088-PAE-DE-036206356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 15, 2021</u>, at <u>6:32</u> o'clock <u>PM CST</u>, <u>Randy J Prinder</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 15, 2021</u>          By:     <u>/s/Brianna M Glynn</u>

Name:   <u>Brianna M Glynn</u>

Title:   <u>Counselor</u>