# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rand J. Prinder a/k/a Randy Prinder<br>           Sandra J. Prinder a/k/a Sandra J. Harrie<br>                         Debtor(s) | CHAPTER 13 |
| HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR7, its successors and/or assigns<br>                         Movant<br>           vs.<br><br>Rand J. Prinder a/k/a Randy Prinder<br>Sandra J. Prinder a/k/a Sandra J. Harrie<br>                         Debtor(s)<br><br>Kenneth E. West<br>                         Trustee | NO. 21-13124 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR7, which was filed with the Court on or about **December 13, 2021, docket number 13**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 7, 2022