# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                           Chapter 13

SANDRA J. PRINDER                     Bankruptcy No. 21-13124-ELF
RAND J. PRINDER
1654 ROYAL BERKSHIRE CIRCLE

WEST CHESTER, PA 19380-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SANDRA J. PRINDER
    RAND J. PRINDER
    1654 ROYAL BERKSHIRE CIRCLE

    WEST CHESTER, PA 19380-

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 2/8/2022                                                                                            /s/ Kenneth E. West

                                                                                                   _____
                                                                                                   Kenneth E. West, Esquire
                                                                                                   Chapter 13 Standing Trustee