# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 21-13124-pmm

SANDRA J. PRINDER
RAND J. PRINDER
1654 ROYAL BERKSHIRE CIRCLE

WEST CHESTER, PA 19380-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SANDRA J. PRINDER
    RAND J. PRINDER
    1654 ROYAL BERKSHIRE CIRCLE

    WEST CHESTER, PA 19380-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                    /S/ Kenneth E. West

Date: 8/28/2023                              _____

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee