# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rand J. Prinder a/k/a Randy Prinder<br>Sandra J. Prinder a/k/a Sandra J. Harrie<br>Debtor(s) | CHAPTER 13 |
| HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR7<br>Movant<br>vs. | NO. 21-13124 PMM |
| Rand J. Prinder a/k/a Randy Prinder<br>Sandra J. Prinder a/k/a Sandra J. Harrie<br>Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>Trustee | |

## ORDER

AND NOW, this __15th__ day of __September__, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge