United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13124-pmm |
| Sandra J. Prinder | Chapter 13 |
| Rand J. Prinder | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sandra J. Prinder, Rand J. Prinder, 1654 Royal Berkshire Circle, West Chester, PA 19380-1598 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA, National Association, as Trustee fo, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 14653509 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14655141 | + | HSBC Bank USA, National Association, as Trustee fo, c/o Rebecca Solarz.Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14664227 | + | Truist Bank, Service Finance Co,LLC., 555 S. Federal Highway #200, Boca Raton FL 33432-6033 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 26 2023 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:36:55 | BMO Harris Bank N.A., c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14651355 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2023 00:32:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14714490 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:35:20 | BMO Harris Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14714685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2023 00:35:17 | BMO Harris Bank N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14651357 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 26 2023 00:33:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14651358 | + | Email/Text: BKPT@cfna.com | Oct 26 2023 00:32:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14654191 | | Email/Text: mrdiscen@discover.com | Oct 26 2023 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14651359 | + | Email/Text: mrdiscen@discover.com | Oct 26 2023 00:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14655022 | ^ | MEBN | Oct 26 2023 00:21:32 | HSBC Bank USA National Association as trustee, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14652986 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:33:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14818118 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:33:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14651356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2023 00:36:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14663662 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2023 00:32:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14651360 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2023 00:32:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14651361 | + | Email/Text: EDI@CACIONLINE.NET | Oct 26 2023 00:33:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14651362 | ^ | MEBN | Oct 26 2023 00:21:27 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14651364 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:33:00 | SLS, Attn: Bankruptcy, 8742 Lucent Blvd., Highlands Ranch, CO 80129-2302 |
| 14651363 | + | Email/Text: servicing@svcfin.com | Oct 26 2023 00:33:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14663601 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2023 00:35:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14651365 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2023 00:35:24 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14655758 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2023 00:35:26 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629;, Minneapolis, MN 55440-1629 |
| 14651366 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2023 00:36:53 | Wells Fargo Mortgage, Att: Written Correspondance Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 14655964 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2023 00:36:33 | Wells Fargo Operations Center, P.O. Box 31557 B6955-01B, Billings MT 59107-1557 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 31

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRAD J. SADEK
on behalf of Debtor Sandra J. Prinder brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
on behalf of Joint Debtor Rand J. Prinder brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-AR7 mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
SANDRA J. PRINDER  
RAND J. PRINDER

Chapter 13

Debtor

Bankruptcy No. 21-13124-pmm

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 25, 2023**

_____  
Honorable Patricia M. Mayer  
Bankruptcy Judge